No. 95–1854.  MAURI *v.* CITY OF PORTLAND ET AL.  Ct. App. Ore.  Certiorari denied. ▆▆▆▆▆▆▆▆▆▆

No. 95–1855.  BARTON ET AL. *v.* LANDMARK LAND COMPANY OF CAROLINA, INC., ET AL.  C. A. 4th Cir.  Certiorari denied. ▆▆▆▆▆▆

No. 95–1856.  McGOWAN *v.* METROPOLITAN DADE COUNTY ET AL.  C. A. 11th Cir.  Certiorari denied. ▆▆▆▆▆▆

No. 95–1860.  REYES *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 5th Cir.  Certiorari denied. ▆▆▆▆▆▆

No. 95–1861.  IMMEDIATO ET AL. *v.* RYE NECK SCHOOL DISTRICT ET AL.  C. A. 2d Cir.  Certiorari denied. ▆▆▆▆▆▆

No. 95–1863.  KLINGER ET AL. *v.* UNITED STATES ET AL.  C. A. 3d Cir.  Certiorari denied. ▆▆▆▆▆▆

No. 95–1865.  HOFMAN *v.* GODOY.  Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–1867.  WEBB *v.* CITICORP CREDIT SERVICES, INC., ET AL.  C. A. 9th Cir.  Certiorari denied. ▆▆▆▆▆▆

No. 95–1868.  THOMPSON, ADMINISTRATRIX OF THE ESTATE OF TABOR AND TABOR, DECEASED, ET AL. *v.* BIC CORP.  C. A. 3d Cir.  Certiorari denied. ▆▆▆▆▆▆

No. 95–1869.  DAMMER *v.* MERCEDES-BENZ OF NORTH AMERICA, INC.  C. A. 3d Cir.  Certiorari denied. ▆▆▆▆▆▆

No. 95–1871.  DUNN *v.* DENK.  C. A. 5th Cir.  Certiorari denied. ▆▆▆▆▆▆

No. 95–1874.  MAYO ET AL. *v.* MISSOURI ET AL.  Sup. Ct. Mo. Certiorari denied. ▆▆▆▆▆▆

No. 95–1878.  NELSON *v.* J. C. PENNEY CO., INC.  C. A. 8th Cir.  Certiorari denied. ▆▆▆▆▆▆